**Dated: September 18, 2014,  02:07 PM**

**The following is ORDERED:**



Niles Jackson
United States Bankruptcy Judge

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| In re: EDWARD EUGENE PULLEY | ) | Case No. | 11-16667 NLJ |
| PATRICIA LANE PULLEY | ) | | Chapter 13 |
| Debtor. | ) | | |

### AGREED ORDER TO ALLOW SALE OF PROPERTY FREE AND CLEAR OF ALL LIENS AND AWARDING ATTORNEY COMPENSATION

Counsel for Debtors represents that the Motion To Allow Sale Of Property Free And Clear Of All Liens And Request For Attorney Compensation was filed on March 10, 2014 and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the last date for filing objections was March 31, 2014, which has passed with no objection thereto being served and filed other than the response of Creditor, Provident Funding Associates, L.P.  Debtors and Creditor have reached an agreement that is evidenced below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that the motion to sell property free and clear of liens will be and the same is hereby GRANTED, to wit:

1. Debtors have a piece of property described as follows:

**ELWOOD HEIGHTS BLOCK 008 LOT 000 A/K/A 14 BURTON PLACE, EDMOND, OK 73013.**

2. Debtors are allowed to sale the above-described property for not less than $130,000.00, free and clear of all liens and encumbrances.

3. The proceeds of approximately $107,638.14, but not less than the full amount due to Creditor at the time of closing, shall be used to pay off Provident Funding Associates, L.P., who holds the mortgage on the property.

4. The sale of the property shall close no later than October 31, 2014, unless an extension to this date is granted by Provident Funding Associates, L.P.  Should the delay in closing be caused by Provident Funding Associates, L.P., (i.e. failure to provide information to closing company, etc.) then an automatic 30 day extension will be allowed.

5. Any remaining proceeds after the mortgage, closing costs, and fees are paid shall be turned over to the Chapter 13 Trustee to be pay toward the liquidation value listed in the confirmed order.

6.  The Trustee shall be provided with a copy of the final settlement statement on the sale within 10 days of the closing.

7.  Attorney fees of $500.00 shall be paid to Debtors' counsel at the rate of $75.00 per month.

All findings of fact are based upon representation of counsel.

IT IS SO ORDERED!

###

APPROVED FOR ENTRY:

EDWARD AND PATRICIA PULLEY

By: *s/ Angela N. Stuteville*_____                By: *s/ Linda Ruschenberg*_____
    O. Clifton Gooding (OBA #10315)                Linda Ruschenberg, OBA #12842
    Angela N. Stuteville (OBA #19231)               321 Dean A. McGee Ave
Of the Firm:                                         P.O. Box 1948
                                   Oklahoma City, OK 73101-1948
THE GOODING LAW FIRM                                 13trustee@chp13okc.com
A Professional Corporation                           (405) 236-4843 (telephone)
650 City Place Building                              (405) 236-1004 (fax)
204 North Robinson Avenue                            Attorney for Chapter 13 Trustee
Oklahoma City, OK 73102
405.948.1978 - Telephone
405.948.0864 - Facsimile
astuteville@goodingfirm.com - Email


PROVIDENT FUNDING ASSOCIATES, L.P.

By: *s/ Kirk J. Cejda*_____
    Kirk J. Cejda #12241

Of the Firm:

770 NE 63rd Street
Oklahoma City, OK 73105-6431
405.848.1819 – Telephone
405.848.2009 – Facsimile
kcejda@logs.com
Attorney for Provident Funding Associates, LP